**Sergey SHISHKIN, Plaintiff—Appellant,**

**v.**

**Angelo DWYER, Immigration Officer, Iea; Ericka Duran, Deportation Officer; Immigration and Customs Enforcement; George Snyder, Warden of**

Rivers Correctional Institution; Federal Bureau of Prisons; Doe, John, said name being fictitious, it being the intention of plaintiff to designate any and all ICE, BOP, Rivers Officers being responsible for actions described, Defendants—Appellees.

No. 09–6632.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 5, 2009.

Decided: Oct. 15, 2009.

Sergey Shishkin, Appellant Pro Se.

Before MICHAEL and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sergey Shishkin, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shishkin v. Dwyer,* No. 5:08–hc–02152–H (E.D.N.C. Mar. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*